MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
KRAVITZ, SCHNITZER
JOHNSON & WATSON, CHTD.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:  (702) 362-6666
Facsimile:   (702) 362-2203
E-Mail: mkravitz@ksjattorneys.com
E-Mail: mesposito@ksjattorneys.com
*Attorneys for Defendant*
*Capital One Bank (USA) N.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William Kearnes<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, LLC, Experian Information Solutions, Inc.; Capital One Bank (USA) N.A., and Genesis FS Card Services, Inc.<br><br>Defendants. | Case No.:  2:22-cv-01333-APG-DJA<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER OR OTHER REPONSIVE PLEADING |

Plaintiff, WILLIAM KEARNES, by and through his counsel, the KIND LAW FIRM and the FREEDOM LAW FIRM, and Defendant CAPITAL ONE BANK (USA) N.A. ("Capital One"), by and through its counsel, KRAVITZ SCHNITZER JOHNSON & WATSON, CHTD., hereby stipulate and agree as follows:

1. Plaintiff filed his Complaint for damages under FRCA, 15 U.S.C. §1681 on August 17, 2022;

2. Plaintiff served Capital One on August 19, 2022;

3. Capital One's deadline to respond, move or otherwise plead to the Complaint is September 9, 2022;

4. Plaintiff and Capital One have agreed to continue Capital One's responsive deadline until October 10, 2022;

1

5. This continuance will allow Capital One to review its records pertaining to the allegations in the Complaint, and allow the Parties time to meaningfully discuss the merits of the same.

6. This is the first stipulation between the Plaintiff and Capital One to extend the time for Capital One to respond, move, or otherwise plead to the Complaint and it is not being entered into for purposes of delay.

DATED this 7th day of September, 2022.   DATED this 7th day of September, 2022.

KRAVITZ SCHNITZER   KIND LAW
JOHNSON & WATSON, CHTD.

*/s/  Michael R. Esposito, Esq.*   */s/  Michael Kind*
MARTIN J. KRAVITZ, ESQ.   MICHAEL KIND, ESQ.
Nevada Bar No. 83   Nevada Bar No. 13903
MICHAEL R. ESPOSITO, ESQ.   8860 South Maryland Parkway, Suite 106
Nevada Bar No. 13482   Las Vegas, Nevada 89123
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123   and
*Attorneys for Defendant*
*Capital One Bank (USA) N.A.*   FREEDOM LAW FIRM
GEORGE HAINES ESQ.
GERARDO AVALOS, ESQ.
Nevada Bar No. 15171
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: 9/8/2022

_____
U.S. MAGISTRATE JUDGE

2