Mary E. Bacon, NV Bar No. 12686
SPENCER FANE LLP
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
Phone: (702) 408-3400
Facsimile: (702) 408-3401
mbacon@spencerfane.com

*Attorneys for Defendant*
*Genesis FS Card Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| William Kearnes,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Equifax Information Services, LLC, Experian Information Solutions, Inc., Capital One Bank (USA N.A. and Genesis FS Card Services, Inc.,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01333-APG-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT GENESIS FS CARD SERVICES, INC. TO FILE ANSWER OR OTHERWISE RESPOND**<br><br>**FIRST REQUEST** |

　　Defendant Genesis FS Card Services, Inc. ("Genesis") has requested an extension of time to answer, move or otherwise respond to the Complaint of Plaintiff William Kearnes ("Plaintiff"), to which Plaintiff has no objection  Pursuant to Local Rule IA 6-1, it is hereby stipulated and agreed to by and among the undersigned counsel that Genesis's time to answer, move or otherwise respond to the Complaint is extended from September 12, 2022, to and including October 3, 2022.

///

///

///

///

///

1  This additional time is needed to investigate Plaintiff's claims and Genesis's defenses and
2  explore the possibility of resolving this matter without further litigation.  This is the first motion
3  for an extension of time for Genesis to answer or otherwise respond to Plaintiff's Complaint.

Dated: September 9, 2022

By: /s/ Mary E. Bacon
Mary E. Bacon, NV Bar No. 12686
SPENCER FANE LLP
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
Phone: (702) 408-3400
Fax: (702) 408-3401
mbacon@spencerfane.com

*Attorneys for Defendant*
*Genesis FS Card Services, Inc.*

NO OPPOSITION

September 9, 2022

By: /s/ Michael Kind
Michael Kind, NV Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
mk@kindlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: September 12, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing documents has been served this 9th day of September 2022, via the Court's CM/ECF system, upon all counsel of record as follows:

> Michael Kind, Esq.
> KIND LAW
> mk@kindlaw.com
>
> George Haines, Esq.
> FREEDOM LAW FIRM
> ghaines@freedomlegalteam.com

By: /s/ Mary E. Bacon
Mary E. Bacon, NV Bar No. 12686
*Attorneys for Defendant*
*Genesis FS Card Services, Inc.*
