Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff William Kearnes*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| William Kearnes,<br><br>          Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, et al.,<br><br>          Defendants. | Case No.: 2:22-cv-01333-APG-DJA<br><br>**Stipulation for dismissal of Defendant identified as Capital One Bank (USA), N.A., properly identified as Kohl's, Inc. without prejudice** |

S<small>TIPULATION</small>                     - 1 -

1  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, William
2  Kearnes and Defendant identified as Capital One Bank (USA), N.A., properly
3  identified as Kohl's Inc. ("Defendant"), stipulate to dismiss Plaintiff's claims
4  against Defendant without prejudice.

///
///
///

Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 28, 2022.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff William Kearnes*

**KRAVITZ, SCHNITZER, JOHNSON, CHTD**

/s/ Michael Esposito
Michael Esposito, Esq.
Martin Kravitz, Esq.
8985 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Counsel for Defendant identified as Capital One Bank (USA), N.A., properly identified as Koh's, Inc.*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: November 29, 2022

STIPULATION - 3 -